UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KESHA TERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:17-CV-0004-G (BF) |
| SUPERVISOR and DETENTION OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

February 22, 2017.

*A. Joe Fish*
_____
**A. JOE FISH**
**Senior United States District Judge**