UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| KESHA TERRY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:17-CV-0004-G (BT) |
| SUPERVISOR AND DETENTION OFFICERS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge, and hereby **DENIES** plaintiff's motion to reinstate this case (docket entry 21) and motion to add to this case (docket entry 23).

**SO ORDERED.**

May 14, 2018.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**